**2007–2385. State v. Evans.**
Summit App. No. 23649, 2007-Ohio-5934.
O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. I.

**2007–2392. State v. Lacey.**
Richland App. No. 2006–CA–115, 2007-Ohio-6110.

**2007–2393. Marks v. Swartz.**
Trumbull App. No. 2007–T–0008, 2007-Ohio-6009.
MOYER, C.J., dissents.
O'CONNOR, J., dissents and would accept the appeal on Proposition of Law No. I.

**2007–2394. Lias v. Beekman.**
Franklin App. No. 06AP–1134, 2007-Ohio-5737. Discretionary appeal not accepted. Motion for new trial and hearing denied.

**2007–2400. Turner v. Wooster Community Hosp.**
Wayne App. No. 07CA0064.

**2007–2401. Ohio Dept. of Taxation v. Diefenbaugh.**
Lucas App. No. L–07–1056, 2007-Ohio-5996.

**2007–2402. Landwehr v. Batavia.**
Clermont App. No. CA2007–01–005, 173 Ohio App.3d 599, 2007-Ohio-6035.
MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. II.
LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2007–2403. State v. Baccus.**
Lucas App. No. L–06–1310, 2007-Ohio-5991.

**2007–2407. State v. Cortez.**
Lucas App. No. L–07–1063, 2007-Ohio-6360.

**2007–2411. State v. Magnusson.**
Lake App. No. 2006–L–263, 2007-Ohio-6010.

**2007–2413. Fickes v. Kirk.**
Trumbull App. No. 2006–T–0094, 2007-Ohio-6011.

**2007–2415. State v. Silverman.**
Franklin App. Nos. 06AP–1278, 06AP–1279, and 06AP–1280, 2007-Ohio-6498.

**2007–2416. State v. Hubbard.**
Butler App. No. CA2006–09–216, 2007-Ohio-6029.

**2007–2417. State v. Harris.**
Cuyahoga App. No. 90618.

**2007–2421. Cyphers v. Balzer.**
Montgomery App. No. 22182, 2007-Ohio-6133.
LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–2423. Kallergis v. Quality Mold, Inc.**
Summit App. Nos. 23651 and 23736, 2007-Ohio-6047.
LUNDBERG STRATTON, J., dissents.

**2007–2428. Masek v. Marroulis.**
Trumbull App. No. 2007–T–0034, 2007-Ohio-6159.

**2007–2430. Chromik v. Kaiser Permanente.**
Cuyahoga App. No. 89088, 2007-Ohio-5856.
PFEIFER, J., dissents.
O'DONNELL, J., dissents and would accept the appeal and hold the cause for the decision in 2007–1529, *Fletcher v. Univ. Hosps. of Cleveland,* Cuyahoga App. No. 88573, 172 Ohio App.3d 153, 2007-Ohio-2778.